GARY M. RESTAINO
United States Attorney
District of Arizona
ALANNA R. KENNEDY
Assistant United States Attorney
Arizona State Bar No. 034257
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Alanna.Kennedy@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Lorenzo McCabe,<br><br>　　　　　Defendant. | No.　CR-22-08038-PCT-MTL (MTM)<br>**REDACTED<br>INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 1153, 2243(a), 2246, and 2247<br>CIR - Sexual Abuse of a Minor<br>Count 1<br><br>18 U.S.C. §§ 1153, 2244(a)(3), 2246 and 2247<br>CIR - Abusive Sexual Contact<br>Count 2<br><br>18 U.S.C. § 2260A<br>Commission of a Sex Offense by Registered Sex Offender<br>Count 3 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about December 21, 2021, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, LORENZO McCABE, an Indian and repeat offender with a prior sex offense conviction, did knowingly engage in a sexual act with the victim, Jane Doe, a child who had attained the age of 12 but had not attained the age of 16 and who was at least 4 years younger than the defendant. The sexual act involved intentional touching, not through the clothing, of the victim's genitalia with the defendant's hand, with an intent to abuse, humiliate, harass and degrade the victim and

arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2243(a), 2246 and 2247.

## COUNT 2

On or about December 21, 2021, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, LORENZO McCABE, an Indian and repeat offender with a prior sex offense conviction, did knowingly engage in a sexual contact with the victim, Jane Doe, a child who had attained the age of 12 but had not attained the age of 16 and who was at least 4 years younger than the defendant. The sexual contact involved intentional touching, directly and through the clothing, of the victim's genitalia and breasts with the defendant's hand, with an intent to abuse, humiliate, harass and degrade the victim or arouse and gratify the sexual desire of the defendant.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(3), 2246, and 2247.

## COUNT 3

On or about December 21, 2021, in the District of Arizona, LORENZO McCABE, an individual required by federal, state, and tribal law to register as a sex offender, committed a felony offense involving a minor under 18 U.S.C. §§ 2243(a) and 2244(a)(3); to wit, the offenses described in Counts 1 and 2 above.

In violation of Title 18, United States Code, Section 2260A.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  April 26, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
ALANNA R. KENNEDY
Assistant U.S. Attorney